**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYENTA HOLLIE-LOVE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>CARMEL COMMUNITY LIVING CORPORATION DBA OVERTURE, a Foreign Corporation,<br><br>Defendant. | Case No. 2:26-cv-01701-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Carmel Community Living Corporation DBA Overture ("Defendant"), by and through counsel, and Plaintiff Tayenta Hollie-Love ("Plaintiff") (together with Defendant, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. Specifically, it is hereby stipulated by and between the Parties that Defendant shall have a 21-day extension up to and including July 22, 2026, in which to file its response to Plaintiff's Complaint. This Stipulation is

1

submitted and based upon the following:

1.     Defendant was served with the Summons and Complaint on June 10, 2026, making its responsive pleading currently due on July 1, 2026.

2.     Defense counsel just retained and is in the process of investigating Plaintiff's allegations, which involve claims for sex discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000, et seq. and NRS §§ 613.330, 613.340.

3.     To allow Defendant sufficient time to investigate and respond to the allegations within the Complaint, the Parties have agreed to extend the deadline for Defendant to file its response to the Complaint by 21 days, up to and including July 22, 2026.

4.     This is the first stipulation to extend the time for Defendant to respond to Plaintiff's Complaint.

5.     The Parties believe these circumstances constitute good cause for granting an extension. *See* Fed. R. Civ. P. 6 (b)(1).

6.     This Stipulation is made in good faith and not for the purpose of delay.

7.     This Stipulation will not affect any other deadlines in the case and no party will be prejudiced.

8.     Nothing in this Stipulation shall operate to waive, relinquish, or impair any defense, objection, or right of any party in this case.

/ / /

/ / /

/ / /

2

9.    Nothing in this Stipulation shall be construed as an admission or consent to the merit or validity of any claim, defense, objection, or right by any party in the case.

Dated: June 29, 2026                        Dated:  June 29, 2026


/s/ Michael Arata                           /s/ Kelsey Stegall
MICHAEL ARATA, ESQ.                         KELSEY STEGALL, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP                CAROLYN B. THEIS, ESQ.
                                            (pro hac vice forthcoming)
Attorneys for Plaintiff                     JULIAN G.G. WOLFSON, ESQ.
TAYENTA HOLLIE-LOVE                         (pro hac vice forthcoming)
                                            LITTLER MENDELSON, P.C.

                                            Attorneys for Defendant
                                            CARMEL COMMUNITY LIVING
                                            CORPORATION DBA OVERTURE



                        IT IS SO ORDERED.

                        Dated: June 30, 2026

                        _____
                        Nancy J. Koppe
                        United States Magistrate Judge

3