**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYENTA HOLLIE-LOVE, | Case No. 2:26-cv-01701-NJK |
|     Plaintiff, | |
| v. | **Order** |
| | [Docket Nos. 10, 11] |
| CARMEL COMMUNITY LIVING CORPORATION, | |
|     Defendant. | |

Pending before the Court are *pro hac vice* applications of Attorneys Carolyn B. Theis and Julian G.G. Wolfson. Docket Nos. 10, 11. Both attorneys submit that they are members of the Colorado state bar and each attached a certification of good standing from that bar. *Id.*

Attorney Theis has been admitted to the Missouri state bar, but the application does not include a certificate of good standing from the Missouri state bar.[1] *See* Docket No. 10 at 2 ("Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of *each* state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing") (emphasis added). Further, Littler Mendelson P.C.'s website identifies Attorney Wolfson as a member of the New York state bar, but the application does not include a certificate of good standing from the New York state bar.[2] *See* Docket No. 11 at 2 ("Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of *each* state, territory, or insular possession of the United States in which the applicant has been

---

[1] The Court takes judicial notice of the Missouri Bar website, which lists Attorney Theis as an inactive member. *See Perkins v. LinkedIn Corp.*, 53 F.Supp.3d 1190, 1204 (N.D. Cal. 2014) (explaining that courts may take judicial notice of publicly accessible websites).

[2] The Court takes judicial notice of Attorney Wolfson's profile on the Littler Mendelson P.C. website. *See Perkins*, 53 F.Supp.3d at 1204.

admitted to practice law certifying the applicant's membership therein is in good standing") (emphasis added).

Accordingly, Attorney Theis is **ORDERED** to file a Notice of Corrected Image attaching a certificate of good standing from the Missouri state bar no later than July 20, 2026.  Attorney Wolfson is **ORDERED** to file a Notice of Corrected Image attaching a certificate of good standing from the New York state bar no later than July 20, 2026.

IT IS SO ORDERED.

Dated: July 13, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2