**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYENTA HOLLIE-LOVE, an Individual,<br><br>Plaintiff(s),<br><br>vs.<br>CARMEL COMMUNITY LIVING CORPORATION DBA OVERTURE, a Foreign Corporation,<br>Defendant(s). | Case # 2:26-cv-01701-NJK<br><br>**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

Julian G.G Wolfson, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Littler Mendelson, P.C.
(firm name)

with offices at 1900 Sixteenth Street, Suite 800,
(street address)

Denver, Colorado, 80202,
(city) (state) (zip code)

303.362.2864, jwolfson@littler.com.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by Carmel Community Living Corp. dba Overture [client(s)] to provide legal representation in connection with the above-entitled case now pending before this Court.

Rev. 5/16

3. That since February 13, 2017 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court - Colorado | 1/26/2017 | 50603 |
| U.S. Court of Appeals Tenth Circuit | 5/22/2008 | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

| |
|---|
| None |

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Colorado Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Julian Wolfson
Petitioner's signature

STATE OF Colorado )
)
COUNTY OF Denver )

Julian G.G. Wolfson, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

Julian Wolfson
Petitioner's signature

Subscribed and sworn to before me this

7th day of July, 2026.

JOANNA LINDSEY FOX
NOTARY PUBLIC - STATE OF COLORADO
NOTARY ID 20164033181
MY COMMISSION EXPIRES AUG 29, 2028

Joanna Fox
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Kelsey Stegall (name of local counsel), Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

8474 Rozita Lee Avenue, Suite 200,
(street address)

Las Vegas, Nevada, 89113,
(city) (state) (zip code)

702.862.7754, kstegall@littler.com.
(area code + telephone number) (Email address)

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) Kelsey Stegall (name of local counsel) as his/her/their Designated Resident Nevada Counsel in this case.

(party's signature)

Jenelle Wininger, Executive Director
(type or print party name, title)

(party's signature)

(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

14279 — Bar number
kstegall@littler.com — Email address

APPROVED:

Dated: July 17, 2026

Nancy J. Koppe
United States Magistrate Judge

# SUPREME COURT
# State of Colorado,

**STATE OF COLORADO, ss:**

*I,* ***Marizela Cano*** *, Clerk of the Supreme Court of the State of Colorado, do hereby certify that*

***Julian Gonzalez Gandolfi Wolfson***

*has been duly licensed and admitted to practice as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and that this name appears upon the Roll of Attorneys and Counselors at Law in my office of date the* ***13th*** *day of* ***February*** *A.D.* ***2017*** *and that at the date hereof the said* ***Julian Gonzalez Gandolfi Wolfson*** *is in good standing at this Bar.*

**IN WITNESS WHEREOF**, *I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this* ***26th*** *day of* ***June*** *A.D.* ***2026***

**Marizela Cano**
Clerk

By ______________________
Deputy Clerk

# *Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *Julian G.g. Wolfson*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***May 14, 2015****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Albany on July 15, 2026.*

Robert D Mayberger

*Clerk of the Court*

*CertID-00299534*

State of New York
Supreme Court, Appellate Division
Third Judicial Department
Admissions Office
P.O. Box 7350, Capitol Station
Albany, NY 12224-0350

Robert D. Mayberger
Clerk of the Court

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

Anthony A. Moore
Director of Attorney Admissions

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022