**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAYENTA HOLLIE-LOVE, an Individual,<br>Plaintiff,<br>v.<br>CARMEL COMMUNITY LIVING CORPORATION DBA OVERTURE, a Foreign Corporation,<br>Defendant. | Case No. 2:26-cv-01701-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT**<br>**(SECOND REQUEST)** |

Defendant Carmel Community Living Corporation DBA Overture ("Defendant"), by and through counsel, and Plaintiff Tayenta Hollie-Love ("Plaintiff") (together with Defendant, the "Parties"), by and through counsel, submit the following stipulation for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint. Specifically, it is hereby stipulated by and between the Parties that Defendant shall have a 10-day extension up to and including August 3, 2026, in which to file its answer to Plaintiff's Complaint. This Stipulation is

submitted and based upon the following:

1. Defendant was served with the Summons and Complaint on June 10, 2026.

2. On June 29, 2026, the Parties submitted a Stipulation to Extend Deadline for Defendant to Respond to Complaint ("Stipulation"), pursuant to which Defendant's deadline to respond to Plaintiff's Complaint was extended to July 22, 2026. [Dkt. No. 8]. As noted in the Stipulation, Defense counsel was just recently retained and therefore needed additional time to investigate Plaintiff's allegations. *Id.*

3. Since the entry of the Stipulation, the Parties have engaged in ongoing, good faith negotiations in an effort to resolve this matter without the need for further litigation. Throughout this period, counsel for the Parties have exchanged communications, evaluated their respective positions, and explored potential avenues for settlement. These discussions have been productive and remain ongoing, and the Parties are optimistic that a mutually agreeable resolution may still be reached.

4. Notwithstanding the Parties' diligent efforts and the progress made during settlement discussions, it has become apparent that additional time is necessary to fully evaluate and resolve the issues in dispute. In light of the Parties' ongoing negotiations, Defendant devoted its efforts and resources toward pursuing a negotiated resolution and reasonably believed that this matter could be resolved without the need to file an Answer or other responsive pleading. Accordingly, Defendant requires additional time to file its Answer.

5. This is the second stipulation to extend the time for Defendant to respond to the Complaint.

6. The Parties believe these circumstances constitute good cause for granting an extension. *See* LR 26-3.

7. This Stipulation is made in good faith and not for the purpose of delay.

//

//

//

8. This Stipulation will not affect any other deadlines in the case and no party will be prejudiced.

Dated: July 21, 2026

*/s/ Michael Arata*
MICHAEL ARATA, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

*Attorneys for Plaintiff*
TAYENTA HOLLIE-LOVE

Dated: July 21, 2026

*/s/ Kelsey Stegall*
KELSEY STEGALL, ESQ.
CAROLYN B. THEIS, ESQ.
*(pro hac vice pending)*
JULIAN G.G. WOLFSON, ESQ.
*(admitted pro hac vice)*
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
*CARMEL COMMUNITY LIVING CORPORATION DBA OVERTURE*

**IT IS SO ORDERED.**

Dated: July 22, 2026

.
.
.

Nancy J. Koppe
United States Magistrate Judge